KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR26-00025 SASP |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| [REDACTED], (01) | ) | |
| BERTHA ALICIA CASTANEDA, (02) | ) | |
| CHRISTIAN EFREN RAYGOZA | ) | |
| MARTINEZ, (03) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of the United States' *Ex Parte* Motion to Partially Unseal Indictment, and the proposed redacted Indictment for public filing provided by the United States, redacting the names and identifiers of defendants other than BERTHA ALICIA CASTANEDA (02) and CHRISTIAN EFREN RAYGOZA MARTINEZ (03), it is HEREBY ORDERED that the Indictment in this case is unsealed solely as to those two defendants.

IT IS FURTHER ORDERED that the Clerk of Court publicly file the redacted Indictment provided by the United States redacting the names and identifiers of defendants other than Defendants BERTHA ALICIA CASTANEDA (02) and CHRISTIAN EFREN RAYGOZA MARTINEZ (03).

DATED: April 9, 2026, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

*United States v. Bertha Alicia Castaneda* (01) and *Christian Efren Raygoza Martinez* (03)
Case No. CR 26-00025 SASP
ORDER

2